1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION
11 |
12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

14 | This Document Relates To:

15 | *James Alan Bell vs. G.D. Searle LLC, et al.*
(05-4450 CRB)
16 |

**AMENDED STIPULATION AND
ORDER OF DISMISSAL WITH
PREJUDICE**

17 | *James Rogers Fanning vs. G.D. Searle LLC, et al.*
(05-4453 CRB)
18 |
19 | *John J. Driscoll vs. Pfizer Inc, et al.*
(05-4584 CRB)
20 | *Barbara Clem vs. G.D. Searle LLC, et al.*
(05-4736 CRB)
21 |
22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
(05-5360 CRB)
23 | *Johnny Edwards vs. Pfizer Inc, et al.*
(06-1914 CRB)
24 |
25 | *William Crowley vs. Pfizer Inc*
(06-2668 CRB)
26 | *Connie B. Anderson vs. Pfizer Inc, et al.*
(06-2784 CRB)
27 |
28 | *Tracy Baral vs. Pfizer Inc, et al.*
(06-2912 CRB)

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2  *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
   (06-2940 CRB)

3  *Michael Castle, et al. vs. Pfizer Inc, et al.*
   (06-3061 CRB)

4

5  *Henry Anderson vs. Pfizer Inc, et al.*
   (06-3418 CRB)

6  *Carolyn Chasteen vs. Pfizer Inc, et al.*
   (06-3433 CRB)

7

8  *James Craig vs. Pfizer Inc, et al.*
   (06-3554 CRB)

9  *Connie Akridge vs. Pfizer Inc, et al.*
   (06-3555 CRB)

10

11  *Faye Cochran vs. G.D. Searle LLC, et al.*
    (06-3654 CRB)

12  *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)

13

14  *David Dobbins vs. Pfizer Inc, et al.*
    (06-3950 CRB)

15  *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)

16

17  *Jerry Goodman vs. Pfizer Inc, et al.*
    (06-4013 CRB)

18  *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)

19

20  *Alyce B. Elliott vs. Pfizer Inc, et al.*
    (06-4419 CRB)

21  *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)

22

23  *Elaine Givens vs. Pfizer Inc, et al.*
    (06-4608 CRB)

24  *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)

25

26  *Veronica Grice, et al. vs. Pfizer Inc, et al.*
    (06-5385 CRB)

27  *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\2595197.1

1  *Rick Detmer, et al. vs. Pfizer Inc, et al.*
   (06-7523 CRB)
2
3  *Randy Gunter, et al. vs. Pfizer Inc, et al.*
   (06-7524 CRB)
4  *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
   (06-7770 CRB)
5
6  *Christene Canada vs. Pfizer Inc, et al.*
   (06-7771 CRB)
7  *Christine Erickson, et al. vs. Pfizer Inc, et al.*
   (06-7772 CRB)
8
9  *Dannie Graham vs. Pfizer Inc, et al.*
   (06-7774 CRB)
10 *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
   (06-7775 CRB)
11
12 *Michael Fisher vs. Pfizer Inc, et al.*
   (07-0761 CRB)
13 *George S. Chiotakis vs. Pfizer Inc, et al.*
   (07-0860 CRB)
14
15 *Ricky Estep vs. Pfizer Inc, et al.*
   (07-0971 CRB)
16 *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
   (07-1124 CRB)
17
18 *Shirley Darling, et al. vs. Pfizer Inc, et al.*
   (07-1356 CRB)
19 *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
   (07-1371 CRB)
20
21 *Richard L. Bowden vs. Pfizer Inc, et al.*
   (07-1375 CRB)
22 *Betty Grulke vs. Pfizer Inc, et al.*
   (07-1768 CRB)
23
24 *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
   (07-1874 CRB)
25 *Phyllis Buonopane vs. Pfizer Inc, et al.*
   (07-2026 CRB)
26
27 *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
   (07-3034 CRB)
28 *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | (07-3643 CRB) |
| 2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.* (07-3646 CRB) |
| 3 | |
| 4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.* (07-3955 CRB) |
| 5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.* (07-4382 CRB) |
| 6 | |
| 7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.* (07-4983 CRB) |
| 8 | *James Darty vs. G.D. Searle LLC, et al.* (07-5399 CRB) |
| 9 | |
| 10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.* (07-5590 CRB) |
| 11 | *Morris Adams, et al. vs. Pfizer Inc, et al.* (07-5591 CRB) |
| 12 | |
| 13 | *Peter Fos vs. Pfizer Inc, et al.* (07-5685 CRB) |
| 14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.* (07-5703 CRB) |
| 15 | |
| 16 | *Vivian Cobb vs. Pfizer Inc, et al.* (08-0257 CRB) |
| 17 | *Roberta Bowman vs. Pfizer Inc, et al.* (08-0303 CRB) |
| 18 | |
| 19 | *Harriet Bratcher vs. Pfizer Inc, et al.* (08-0795 CRB) |
| 20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.* (08-0977 CRB) |
| 21 | |
| 22 | *Ramond Beaver vs. Pfizer Inc, et al.* (08-1015 CRB) |
| 23 | *Robert Colman vs. Pfizer Inc, et al.* (08-1016 CRB) |
| 24 | |
| 25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.* (08-1224 CRB) |
| 26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.* (08-1351 CRB) |
| 27 | |
| 28 | *Tim Gray vs. Pfizer Inc, et al.* (08-1434 CRB) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2  *Owen L. May, et al. vs. Pfizer Inc, et al.*
   (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)

4
5  *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
   (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)

7
8  *Velma Burt vs. Pfizer Inc, et al.*
   (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)

10
11 *Lawanda Bell vs. Pfizer Inc, et al.*
   (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15 each side bearing its own attorneys' fees and costs.

16
17
18
19
20
21
22      DATED: 10/29/2009     By: Navan Ward J.

23
24      **BEASLEY, ALLEN, CROW, METHVIN,**
        **PORTIS & MILES, P.C.**
        218 Commerce Street
25      P.O. Box 4160
        Montgomery, Alabama 36103
26      Telephone:  334-269-2343
        Facsimile:  334-954-7555

27
        *Attorneys for Plaintiffs*
28

                        -5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                              **DLA PIPER LLP (US)**
                               1251 Avenue of the Americas
4                              New York, New York 10020
                               Telephone: 212-335-4500
5                              Facsimile: 212-335-4501

6                              *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9    IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009        _____

12                              Hon. Charles R. Breyer
                                United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

PFZR/1035934/1132569v.1

EAST\42595197.1